IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05 – 71 - UNA |
| LAMAR D. HAMMOND,<br>a/k/a "Barry", | : |
| Defendant. | : REDACTED |

### INDICTMENT

The Federal Grand Jury for the District of Delaware charges that:

### COUNT I

On or about June 11, 2005, in the State and District of Delaware, the defendant herein, LAMAR D. HAMMOND, a/k/a "Barry", did knowingly possess with the intent to distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

### COUNT II

On or about June 11, 2005, in the State and District of Delaware, the defendant herein, LAMAR D. HAMMOND, a/k/a "Barry", did knowingly possess with the intent to distribute

///

FILED
JUL 26 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

mixtures and substances containing a detectable amount of heroin, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____   Dated: July 26, 2005
Adam Safwat
Assistant United States Attorney