*FILED IN OPEN COURT*
*12/5/05  KJTL*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                       :    Criminal Action No. 05-71

LAMAR D. HAMMOND,

        Defendant.

## MOTION FOR DETENTION HEARING

      **NOW COMES** the United States and moves for the pretrial detention of the defendant, LAMAR HAMMOND, pursuant to 18 U.S.C. § 3142(e) and (f).  In support of the motion, the United States alleges the following:

      1. **Eligibility of Case**.  This case is eligible for a detention order because the case involves (**check all that apply**):

           ___ Crime of violence (18 U.S.C. § 3156)

           ____ Maximum sentence life imprisonment or death

           _X_ 10+ year drug offense

           ____ Felony, with two prior convictions in above categories

           _X_ Serious risk defendant will flee

           ____ Serious risk obstruction of justice

      2. **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

           _X_ Defendant's appearance as required

           _X_ Safety of any other person and the community



F I L E D

DEC - 5 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3.  **Rebuttable Presumption**.  The United States **will** invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

      __X__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

      ____ Previous conviction for "eligible" offense committed while on pretrial bond


4.  **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

      _____ At first appearance

      __X__ After continuance of _3_ days (not more than 3).


Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

Date: December 5, 2005      BY: _____

Adam Safwat
Assistant United States Attorney