AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

LAMAR D. HAMMOND
a/k/a Barry

**WARRANT FOR ARREST**

Case Number: CR 05-71-~~UNA~~ JJF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ LAMAR D. HAMMOND, a/k/a Barry _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complain  ☐ Order of court   Violation   Probation Violation Petition

charging him or her   (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE FIVE GRAMS OR MORE OF COCAINE BASE;
POSSESSION WITH THE INTENT TO DISTRIBUTE HEROIN

in violation of ____ 21 ____ United States Code, Section(s) ____ 841(a)(1) and (b)(1)(C) ____

Peter T. Dalleo                                    Clerk, United States District Court
Name of Issuing Officer                            Title of Issuing Officer

By: /s/ [signature], Deputy Clerk      7/27/ 2005 in Wilmington, DE
Signature of Issuing Officer                       Date and Location

Bail fixed at $ _____ by _____
                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant ____ Lamar Hammond ____ |

| DATE RECEIVED 7/27/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12-3-05 | William David Dorsey | /s/ William Dorsey |

AO 442    (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN                        _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____
_____