*FILED IN OPEN COURT*
*12/13/05 KJK*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
) 
Plaintiff, )
)
) CASE NO. CR05-71-JJF
vs. )
)
LAMAR HAMMOND )
)
Defendant. )

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on DECEMBER 13, 2005 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until JAN 20, 2006 The time between the date of this order and JANUARY 20, 2006 shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

*[signature]*
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

FILED
DEC 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE