IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>LAMAR D. HAMMOND a/k/a Barry<br><br>DEFENDANT. | 05-71-UNA |

To    Adam Safwat
       Office of the United States Attorney
       1007 Orange Street, Ste.700
       Wilmington, DE 19899

       The Honorable May Pay Thynge
       United States District Court
       844 N. King Street
       Wilmington, DE 19801

NOTICE OF MOTION

PLEASE TAKE NOTICE that the attached motion shall be presented at the convenience of the Honorable Court.

_____
Michael C. Heyden, Esquire
1201 King Street
Wilmington, DE 19801
(302) 654-0789
Id No: 2040

Dated:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>LAMAR D. HAMMOND a/k/a Barry<br><br>DEFENDANT. | 05-71-UNA |

MOTION TO WITHDRAW AS ATTORNEY

COMES NOW, the undersigned who hereby requests that he be permitted to withdraw as attorney for the defendant in the above matter. In support of the motion, the undersigned states that:

1. Despite having been advised by counsel that he would withdraw, defendant has failed to comply with the fee agreement.

WHEREFORE, Michael C. Heyden, Esquire, hereby requests that he be permitted to withdraw as attorney for the defendant in the above matter.

_____
Michael C. Heyden, Esquire
1201 King Street
Wilmington, DE 19801
(302) 654-0789
Id No: 2040

Dated:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>LAMAR D. HAMMOND a/k/a Barry<br><br>DEFENDANT. | 05-71-UNA |

ORDER

AFTER HAVING CONSIDERED the attached motion, IT IS HEREBY ORDERED, that:

1. Michael C. Heyden, Esquire, be permitted to withdraw as attorney for the defendant in the above matter;

2. The defendant shall be represented by the Office of the Public Defender or conflict counsel if necessary.

_____
J.

Dated:

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　PLAINTIFF,<br><br>　v.<br><br>LAMAR D. HAMMOND a/k/a Barry<br><br>　　DEFENDANT. | 05-71-UNA |

NOTICE OF SERVICE

　　PLEASE TAKE NOTICE, that the attached Motion to Withdraw was mailed via US mail to:

　Adam Safwat
Office of the United States Attorney
1007 Orange Street, Ste.700
Wilmington, DE 19899

The Honorable May Pay Thynge
United States District Court
844 N. King Street
Wilmington, DE 19801

Lamar Hammond
Inmate
Salem County Correctional Institute
d/o/b: 10/10/85
125 Cemetary Road
Woodstown, NJ 08098

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Michael C. Heyden, Esquire
　　　　　　　　　　　　　　　　　1201 King Street
　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　(302) 654-0789
　　　　　　　　　　　　　　　　　Id No: 2040

Dated: