IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>LAMAR D. HAMMOND a/k/a Barry<br><br>DEFENDANT. | CR<br>05-71- ~~UNA~~ (JJF) |

ORDER

AFTER HAVING CONSIDERED the attached motion, IT IS HEREBY ORDERED, that:

1. Michael C. Heyden, Esquire, be permitted to withdraw as attorney for the defendant in the above matter;

2. The defendant shall be represented by the Office of the Public Defender or conflict counsel if necessary.

_____
J. Joseph J. Farnan Jr.

Dated: January 24, 2006