IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-71-JJF |
| | ) | |
| LAMMAR D. HAMMOND, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO SCHEDULE PRE-TRIAL CONFERENCE**

NOW COMES the United States of America, through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and hereby moves the Court to schedule a pretrial conference, for the following reasons:

1.      Defense counsel moved to withdraw and the Court granted the motion. New counsel, Larrick Stapleton, Esquire, was appointed today.

2.      The defense has not filed pretrial motions. New counsel will require time to review the discovery.

3.      A pretrial conference will be necessary to re-establish a deadline for the defense's pretrial motions. Counsel are available for a pre-trial conference the week of February 27, 2006 (except for February 28, 2006).

4.      The government further moves to exclude time under the Speedy Trial Act, 18 U.S.C. §3161, *et seq.*, from the date of this motion until the date of the scheduling conference, in the interests of justice.

5.  Counsel has no objection to this motion.

A proposed order is attached for the Court's convenience.

                              Respectfully submitted,

                              COLM F. CONNOLLY
                              United States Attorney

BY: _____
       Adam Safwat
       Assistant United States Attorney

Date: January 30, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 05-71-JJF |
| | ) | |
| LAMMAR D. HAMMOND, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

WHEREAS, the government has filed an unopposed motion to set a scheduling conference;

WHEREAS, no pretrial motions have been filed;

IT IS HEREBY ORDERED that:

1.  A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on _____ at _____, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2.  The time between the date of this Order and _____ shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 *et seq.*).

Date: February _____, 2006

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-71-JJF |
| LAMAR D. HAMMOND, | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, Adam Safwat, an Assistant United States Attorney in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on the 30th day of January, 2006, I electronically filed **MOTION TO SCHEDULE PRETRIAL CONFERENCE** with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF. A copy of the foregoing documents was sent via U.S. Mail, to counsel of record below:

Larrick Stapleton, Esq.
50 Rittenhouse Place
Ardmore, PA 19003
610-649-8200
Attorney for Defendant

Adam Safwat
Assistant United States Attorney
adam.safwat@usdoj.gov