IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 05-71-JJF |
| ) | |
| LAMMAR D. HAMMOND, ) | |
| ) | |
| Defendant. ) | |

ORDER

WHEREAS, the government has filed an unopposed motion to set a scheduling conference;

WHEREAS, no pretrial motions have been filed;

IT IS HEREBY ORDERED that:

1. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on MARCH 2, 2006 at 4:30pm, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and MARCH 2, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 *et seq*.).

Date: February 1, 2006

THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE