IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-71 JJF |
| LAMAR HAMMOND, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, A Scheduling Conference was held in the above-captioned case on Thursday, March 2, 2006;

WHEREAS, due to illness Defendant's counsel failed to appear;

NOW THEREFORE, IT IS HEREBY ORDERED that

1. Pretrial motions are due by **Monday, April 3, 2006**.

2. The time between March 2, 2006 and April 3, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

March 3, 2006
DATE

[signature]
UNITED STATES DISTRICT JUDGE