**LARRICK STAPLETON**
Attorney at Law
50 Rittenhouse Place
Ardmore, PA 19003-2276
Tel: (610) 649-8200    Fax: (610) 649-8362
Larrick.St@Verizon.net



March 2, 2006

Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Suite 4124
Lockbox 27
Wilmington, DE 19801

       Re: United States
       Vs. Lammar Hammond
       CR No. 05–71-1-JJF

Dear Judge Farnan:

 I have just received a telephone call from your secretary or clerk noting that there was a scheduling conference set for this afternoon. I had just returned from a several week bout with some form of flu and was unaware this was being held. I had called yesterday and had written the United States Attorney's office and among others, had inquired when the next matter was listed.

 I do not believe I have ever before missed a scheduled court appearance and I am stunned. All I can do is to assure you that this was not intentional. I am also sure if there is any fault, it is on my own part.

 I was attempting to make arrangements to interview Mr. Hammond and would never have knowingly failed to keep any date for appearance. I can assure you it will not again occur and hope you will accept this heartfelt apology.

            Yours most truly,

            Larrick Stapleton