IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-71 JJF |
| LAMAR HAMMOND, | : |
| Defendant. | : |

**ORDER**

WHEREAS, a Scheduling Conference was held in the above-captioned case on Thursday, March 2, 2006;

WHEREAS, a deadline for pretrial motions was set for Monday, April 3, 2006;

WHEREAS, by letter (D.I. 16) Defendant's counsel informed the Court the reason he failed to appear at the conference was due to personal illness;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A second conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Thursday, April 13, 2006, at 12:30 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between April 3, 2006 and April 13, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

March 17, 2006
DATE

UNITED STATES DISTRICT JUDGE