**LARRICK STAPLETON**
Attorney at Law
50 Rittenhouse Place
Ardmore, PA 19003-2276
Tel: (610) 649-8200     Fax: (610) 649-8362
Larrick.St@Verizon.net



April 10, 2006

Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 King Street - Suite 4124
Lockbox 27
Wilmington, DE 19801

        RE:   United States v. Lammar Hammond
                 CR 05-72-JJF

Dear Judge Farnan:

    I am advised by the clerk that by virtue of a sealing Order, I cannot obtain a complete copy of the indictment without a letter from you to the Clerk's office authorizing such release and disclosure.

    Could you kindly do so at your convenience.

                                        Yours most truly,

                                        Larrick Stapleton