IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-71 JJF |
| LAMAR HAMMOND, | : |
| Defendant. | : |

### O R D E R

WHEREAS, a Scheduling Conference was held on April 13, 2006;

NOW THEREFORE, IT IS ORDERED that:

1. A Plea Negotiations hearing will be held on **Wednesday, May 31, 2006, at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between April 13, 2006 and May 31, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

April 27, 2006
DATE

UNITED STATES DISTRICT JUDGE