IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-71 JJF |
| LAMAR D. HAMMOND, | : | |
| Defendant. | : | |

<u>O R D E R</u>

WHEREAS, the above Defendant having entered a plea of guilty to Counts One and Two of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Thursday, September 21, 2006, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

June 7, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE