IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No.  05-71-JJF |
| | ) | |
| LAMAR HAMMOND, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Adam Safwat as attorney

of record on behalf of the United States of America, and enter the appearance of Assistant United

States Attorney Richard G. Andrews.

COLM F. CONNOLLY
United States Attorney

By: _____
Richard G. Andrews
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware  19899-2046
richard.andrews2@usdoj.gov

Dated:   June 7, 2006

## CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-71-JJF |
| | ) | |
| LAMAR HAMMOND, | ) | |
| | ) | |
| Defendant. | ) | |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on June 7, 2006, I electronically filed the foregoing:

### NOTICE OF SUBSTITUTION OF COUNSEL

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

Larrick Stapleton, Esquire
larrick.st@verizon.net

_Sharon R. Bernardo_