IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | 05 CR. 71 - JJF |
| LAMAR HAMMOND | : | |

## ORDER

AND NOW, this 12 day of September, 2006, in the interests of justice, and upon consideration of the within Motion, it is hereby

ORDERED that the time within which the Defendant may object or otherwise respond to the pre-sentence Memorandum prepared by the United States Probation Office, originally fixed to expire on September 15, 2006, shall be extended until October 12, 2006.

BY THE COURT:

_____
Hon. JOSEPH J. FARNAN JR.
UNITED STATES DISTRICT JUDGE



FILED

SEP 1 2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE