IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-71 JJF |
| LAMAR D. HAMMOND, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Counts One and Two of the Indictment pending against him in this Court,

WHEREAS, Defendant's Sentencing set for September 21, 2006 has been postponed;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Tuesday, October 24, 2006 at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

September 14, 2006
DATE

UNITED STATES DISTRICT JUDGE

FILED
SEP 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE