IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-71-JJF |
| | ) | |
| LAMAR D. HAMMOND, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Richard G. Andrews as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Edmond Falgowski.

                                      COLM F. CONNOLLY
                                      United States Attorney

                                      By: _____
                                      Edmond Falgowski
                                      Assistant United States Attorney
                                      Nemours Building, #700
                                      P.O. Box 2046
                                      Wilmington, Delaware 19899-2046
                                      edmond.falgowski@usdoj.gov

Dated: 12/28/06

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 05-71-JJF |
| | ) |
| LAMAR D. HAMMOND | ) |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on December 28, 2006, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

Larrick Stapleton, Esquire
larrick.st@verizon.net

*/s/ Sharon L. Bernardo*