IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-71 JJF |
| LAMAR D. HAMMOND, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Counts One and Two of the Indictment pending against him in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Monday, April 2, 2007, at 10:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

January 18, 2007
DATE

_Joseph J. Farnan_
UNITED STATES DISTRICT JUDGE

FILED
JAN 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE