IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-71-JJF |
| LAMAR D. HAMMOND, | : | |
| Defendant | : | |

DEFENDANT HAMMOND'S MOTION FOR
RETROACTIVE COCAINE BASE SENTENCING REDUCTION

AND NOW comes defendant Lamar D. Hammond, by his attorney Edson A. Bostic, Federal Public Defender, and pursuant to 18 U.S.C. § 3582(c)(2), files this Motion for Retroactive Cocaine Base Sentencing Reduction.

In support of this motion, Mr. Hammond avers as follows:

1. By written report dated April 18, 2008, the United States Probation Office determined that defendant qualifies for the two-level guideline reduction, that application of the two-level reduction produces a revised guideline range of 51 to 63 months imprisonment, and that defendant should receive a further reduction to a sentence of time served.

2. The United States Attorney's Office does not oppose application of the two-level reduction, agrees that the revised guideline range is 51 to 63 months, and agrees to a further reduction to a sentence of time served.

3. Defendant waives an evidentiary hearing, concurs in the Probation Officer's written report, and requests a sentence of time served.

4.     In addition, defendant agrees that the Court's Order should take effect in 10 days, so as to permit prison authorities to establish a release plan for Mr. Hammond.

WHEREFORE, it is respectfully requested that Defendant Hammond's Motion for Retroactive Cocaine Base Sentencing Reduction be GRANTED.

Respectfully submitted,

 */s/ Edson A. Bostic*
Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, Delaware 19801
302-573-6010
ecf_de@msn.com

Attorney for Defendant Lamar D. Hammond

Date: April 21, 2008