AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Lamar D. Hammond | ) Case No: 1:05CR00071-001 (JJF) |
| | ) USM No: 05023-015 |
| Date of Previous Judgment: April 2, 2007 | ) Edson Bostic |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has

**IT IS ORDERED** that the motion is:
☐ DENIED.  X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  36  months is reduced to  Time Served  .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
| | | | |
|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 23 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 63 to 78 months | Amended Guideline Range: | 51 to 63 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.

X  Other (explain):   The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure and the reduced sentence is comparably less than the amended guideline range.

### III. ADDITIONAL COMMENTS
The Order will go into effect 10 days after its issuance.

Except as provided above, all provisions of the judgment dated  4/2/2007  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 23, 2008

Effective Date: _____
(if different from order date)

_Judge's signature_

The Honorable Joseph J. Farnan, Jr., U.S. District
Printed name and title